JOHN HENRY HAMPTON, Plaintiff v. INCORPORATED VILLAGE OF FREEPORT AND LONG ISLAND LABOR SERVICE, INC., Appellants, and JOHN ROSELLE and Others, Respondents, and AMATO & McCARRON, INC., and Others, Defendants. PRO-

GRESSIVE CLAY COMPANY, Plaintiff, v. INCORPORATED VILLAGE OF FREEPORT AND LONG ISLAND LABOR SERVICE, INC., Appellants, and JOHN ROSELLE and Others, Respondents, and AMATO & McCARRON, INC., and Others, Defendants.—Motion of Incorporated Village of Freeport for leave to appeal to the Court of Appeals denied. Motion of Long Island Labor Service, Inc., for reargument or for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.